UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IVELISE RIVERO, ON BEHALF OF
HERSELF AND THOSE SIMILARLY
SITUATED,

Plaintiffs,

-vs-                                                          Case No. 6:09-cv-1731-Orl-28KRS

H & M ELHAKIEM, CORP., HATIM
ELHAKIEM,

Defendants.
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 39) filed November 15, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 16, 2010 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 39) is **GRANTED**.

3. The settlement is approved as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

4. The proposed consent judgment is being entered contemporaneously with this Order.

5. Counsel for Plaintiff is directed to file a copy of the consent judgment in Defendant Elhakiem's bankruptcy case to avoid the possibility of a duplicative award of attorney's fees.

6. After entry of the consent judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of January, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party